# Court of Appeals
# of the State of Georgia

ATLANTA,  November 09, 2023

*The Court of Appeals hereby passes the following order:*

**A23A1208. FREEMAN CAPITAL GROUP, LLC v. DRURY et al.**

Freeman Capital Group, LLC, appeals from an order granting a supersedeas bond for its appeal in Case No. A23A0429 of the trial court's order granting summary judgment in favor of defendants Carl M. Drury; Georgia Destination Holdings, LLC; West Midtown Destinations, LLC; Wiley L. Drury; WLD Holdings, LLC; Laurens Holdings, LLC; and Kathryn Drury. Because the appeal in Case No. A23A0429 has been decided and is no longer pending, we dismiss as moot the appeal in this case challenging the propriety and the amount of the supersedeas bond.[1]



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  11/09/2023*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*

---

[1] See *McCann v. McCraine*, 228 Ga. 817 (188 SE2d 487) (1972); *Winchell v. Winchell*, 352 Ga. App. 306, 313 (3) (835 SE2d 6) (2019); *GOM Builders, LLC v. Resanant Bank*, 328 Ga. App. 796 (762 SE2d 622) (2014).